ERIC GRANT
United States Attorney
JESSICA DELANEY
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

**FILED**

**Jul 01, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATIONS OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | ORDER RE: REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|
| SPRINTER RECREATIONAL VEHICLE with VIN WD3PF4CD9C5688987 | 2:23-sw-0668 DB |
| THE PERSON OF BRADLEY EARL REGER, BORN IN 1956 | 2:23-sw-0669 DB |
| THE REAL PROPERTY LOCATED AT: 710 ASH ST SUSANVILLE CA | 2:23-sw-0670 DB |
| THE REAL PROPERTY LOCATED AT: 694-729 RIDGETOP DR SUSANVILLE, CA | 2:23-sw-0671 DB |
| FORD EXCURSION with VIN 1FMSU43PX4EB50652 | 2:23-sw-0672 DB |
| THE REAL PROPERTY LOCATED AT: 700 ASH ST SUSANVILLE, CA | 2:23-sw-0673 DB |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

ordered unsealed.

ORDER TO UNSEAL

1

IT IS SO ORDERED.


Dated:     July 1, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE